UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PAINTERS AND FLOORCOVERERS JOINT COMMITTEE,<br><br>Plaintiff,<br><br>v.<br><br>C SMITH PAINTING AND WALLCOVERING LLC, *et al.*,<br><br>Defendants. | Case No. 2:17-cv-02279-JCM-GWF<br><br>**ORDER** |

This matter is before the Court on the parties' failure to file a joint pretrial order required by LR 26-1(b)(5). The Discovery Plan and Scheduling Order (ECF No. 21) required the parties to file a joint pretrial order required by LR 26-1(b)(5) no later than September 5, 2018. There are no dispositive motions pending. To date, the parties have not complied. Accordingly,

**IT IS ORDERED** that

1. Counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **October 10, 2018**. Failure to timely comply will result in the imposition of sanctions up to and including a recommendation to the District Judge that the complaint be dismissed for plaintiff's failure to prosecute. See Fed. R. Civ. P. 41(b).

2. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

Dated this 2nd day of October, 2018.

GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

1